# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Leonard Bobcomb         BK NO. 22-00808 MJC

           Debtor(s)

                                       Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                       Respectfully submitted,

                               /s/ *Michael Farrington*
                               Michael Farrington
                               16 Dec 2022, 09:33:46, EST

                               KML Law Group, P.C.
                               BNY Mellon Independence Center
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106
                               215-627-1322

Case 5:22-bk-00808-MJC    Doc 33    Filed 01/10/23    Entered 01/10/23 15:32:37    Desc
Document ID: 464ac79562f974d2b61dfd83d57fd283ee9db87d4d724108ea9e3e7cec29155f
Main Document     Page 1 of 1