IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:  Case No. 5:22-bk-00808-MJC
Chapter 13

Leonard Bobcomb

Debtor(s).

## NOTICE OF APPEARANCE

**Nationstar Mortgage LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By: /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 75736
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 15th day of July, 2025, to the following:

Timothy B. Fisher, II  
Fisher and Fisher Law Offices  
PO Box 396  
525 Main Street  
Gouldsboro, PA 18424  
donna.kau@pocono-lawyers.com  
***Attorney for Debtor(s)***

Jack N Zaharopoulos  
Standing Chapter 13  
8125 Adams Drive  
Suite A  
Hummelstown, PA 17036  
info@pamd13trustee.com  
***Chapter 13 Trustee***

Asst. U.S. Trustee  
US Courthouse  
1501 N. 6th St  
Harrisburg, PA 17102  
123@gmail.com  
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Leonard Bobcomb  
2474 Long Pond Road  
Long Pond, PA 18334

***Debtor(s)***

                                                        By:      /s/ Steven K. Eisenberg  
                                                                     Steven K. Eisenberg, Esquire