# LOCAL BANKRUPTCY FORM 9013-4

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## WILKES-BARRE DIVISION

In Re:

Leonard Bobcomb

    Debtor(s)

Case Number: 5:22-bk-00808-MJC

Chapter: 13

Nationstar Mortgage LLC
    Movant

vs.

Leonard Bobcomb
Debtor(s)

Theresa Bobcomb
Co-Debtor

Jack N Zaharopoulos
Trustee

    Defendant(s)/Respondent(s)

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

    The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

    Reason for the continuance:
The Parties need additional time to attempt to reach an amicable resolution to this matter.

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: <u>August 22, 2025</u>            /s/ Daniel P. Jones
                                               Applicant's Signature

---

[1] No alterations or interlineations of this document are permitted.
[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.