LOCAL BANKRUPTCY FORM 9013-4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In Re:                                              Case Number: 5:22-bk-00808-MJC

Leonard Bobcomb
                                                    Chapter: 13
    Debtor(s)


Nationstar Mortgage LLC
    Movant

    vs.

Leonard Bobcomb
Debtor(s)

Theresa Bobcomb
Co-Debtor

Jack N Zaharopoulos
Trustee
    Defendant(s)/Respondent(s)

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance:
The Parties need additional time to attempt to reach an amicable resolution to this matter.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: September 18, 2025                              /s/ Daniel P. Jones
                                                                                        Applicant's Signature

---

1  No alterations or interlineations of this document are permitted.
2  If this is not a first request for a continuance, then a Motion to Continue must be filed.