United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00808-MJC |
| Leonard Bobcomb | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 17, 2025 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| | Theresa Bobcomb, 7004 Long Pond Road, Long Pond, PA 18334 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2025      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor NATIONSTAR MORTGAGE LLC djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Nationstar Mortgage LLC djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas J. Smillie | on behalf of Creditor M&T BANK dsmillie@flblaw.com ccharlton@flblaw.com |
| Heather Riloff | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Karina Velter | on behalf of Creditor Rushmore Loan Management Services LLC karina.velter@powerskirn.com brausch@pincuslaw.com |
| Sarah K. McCaffery | on behalf of Creditor Rushmore Loan Management Services LLC smccaffery@friedmanvartolo.com ckohn@hoflawgroup.com |

| | |
|---|---|
| Sarah K. McCaffery | on behalf of Creditor NATIONSTAR MORTGAGE LLC smccaffery@friedmanvartolo.com  ckohn@hoflawgroup.com |
| Steven K Eisenberg | on behalf of Creditor Nationstar Mortgage LLC seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Leonard Bobcomb donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| In Re: | |
|---|---|
| LEONARD BOBCOMB<br>Debtor(s)<br><br>NATIONSTAR MORTGAGE LLC<br>Movant<br><br>v.<br><br>LEONARD BOBCOMB<br>Debtor(s)<br><br>THERESA BOBCOMB<br><br>Co-Debtor<br>JACK N ZAHAROPOULOS<br>Trustee<br>Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 5:22-bk-00808-MJC<br><br>Judge: CONWAY, MARK J. |

### ORDER APPROVING STIPULATION

Upon consideration of the Stipulation filed at Dkt. #50 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED.**

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 17, 2025