**Fill in this information to identify the case:**

Debtor 1: Leonard Bobcomb

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number: 5:22-bk-00808-MJC

Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Rushmore Loan Management Services, LLC

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 8 6 1 9

**Date of payment change:** 02/01/2023
Must be at least 21 days after date of this notice

**New total payment:** $ 1,536.66
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment: $ 599.27         New escrow payment: $ 596.26

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____%         New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____
   Current mortgage payment: $ _____         New mortgage payment: $ _____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

| Debtor 1 | **Leonard Bobcomb** | | | Case number (*if known*) | 5:22-bk-00808-MJC |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Sarah K. McCaffery, Esquire          Date  12/06/2022
Signature

Print:     Sarah K. McCaffery, Esquire               Title  Attorney
           First Name    Middle Name    Last Name

Company    Hladik, Onorato & Federman, LLP

Address    298 Wissahickon Avenue
           Number         Street

           North Wales              PA        19454
           City                     State     ZIP Code

Contact phone  215-855-9521          Email  smccaffery@hoflawgroup.com

# Escrow Analysis Statement

**Rushmore Loan Management Services**
PO Box 514707
Los Angeles, CA 90051
www.rushmorelm.com
(888) 504-6700

Statement Date: November 17, 2022
Loan Number:

LEONARD BOBCOMB
THERESA BOBCOMB
2474 LONG POND RD
LONG POND PA 18334-0000

*Need help understanding your mortgage escrow statement? Scan here or visit rushmorelm.com*

We review your escrow account annually to ensure that you have adequate funds to cover your tax and insurance items for the next 12 months. The amounts billed for certain escrow items changed. This statement describes the changes, possible changes to your monthly payments, and your options.

## What changed?



**Property Taxes**
Taxes decreased by $36.05 per year.



**Homeowner's Insurance**
Insurance had no change.

Changes in the above items mean that the amount needed in your escrow account decreased by $36.05 per year.

## How do these changes affect me?

Based upon the anticipated escrow disbursements and monthly payments, we have determined that there is an overage in your escrow account. As a result, we have attached a check for $48.12.

|  | Current Payment | Escrow Change | New Monthly Payment Effective 02/2023 |
|---|---|---|---|
| **Due Date** | 11/2022 |  | 02/2023 |
| **Principal and Interest** | $940.40 |  | $940.40 |
| **Escrow Payment** | $599.27 | -$3.01 | $596.26 |
| **Escrow Overage** |  |  | $0.00 |
| **TOTAL** | $1,539.67 |  | $1,536.66 |

A detailed explanation of the calculations for your escrow account is located on page 2.

Note: '**Online bill payment users**: Your payment is changing effective 02/01/2023 so **action is required**. Please log into your bank's online account and update your payment amount. Thank you!



SECURITY NOTE: The face of this check is printed on a blue background. See reverse for additional security features.

**Rushmore Loan Management Services LLC**

WELLS FARGO DISBURSEMENT CLEARING

11/18/22

11-24
1210

**FORTY EIGHT AND 12/100 DOLLARS**

Pay to the Order of
LEONARD BOBCOMB
THERESA BOBCOMB
2474 LONG POND RD
LONG POND PA 18334

VOID

$***********48.12

VOID IF NOT CASHED WITHIN 90 DAYS

AUTHORIZED SIGNATURE

Memo: FOR PAYMENT OF ESCROW TO MORTGAGOR

## How did Rushmore make the escrow calculations?

Step 1: Rushmore analyzes all items paid by the escrow account, we then calculate the amount that you'll likely need to pay these bills.

Step 2: We take your anticipated taxes and/or insurance premiums to determine the total outgoing payments. We then divide the total outgoing payments by 12 to determine your monthly escrow amount.

Your total anticipated tax and/or insurance premium(s) are as follows:

| | |
|---|---|
| Annual Property Taxes | $4,861.09 |
| Annual Property Insurance | $2,294.00 |
| Total | $7,155.09 divided by 12 months = $596.26 |

Step 3: We calculate the minimum required escrow balance. Your escrow account must have a minimum balance of $0.00 for the next year.

Step 4: We calculate your annual escrow account projection for the coming year. If your monthly escrow balance falls below the minimum balance of $0.00, your escrow account experiences a shortage. If our calculation determines that your monthly escrow balance will not reach the minimum balance, your escrow account will have an overage.

The table below demonstrates the estimated activity in your escrow account for the coming year.

## What escrow activity is expected in the coming year?

The highlighted row indicates the lowest estimated escrow balance for the year of $48.12. The difference between the lowest projected balance of $48.12 and the minimum required escrow balance of $0.00 is $48.12.

$48.12 is your escrow overage.

| | PAYMENTS TO ESCROW ACCOUNT | ESTIMATED PAYMENTS FROM ESCROW ACCOUNT | | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|
| | | MIP/PMI | Taxes | Flood Insurance | Homeowner's Insurance | Estimated | Required |
| Anticipated Date of Activity | | | | | Starting Balance | $2,433.13 | $2,385.01 |
| Feb 23 | $596.26 | | | | | $3,029.39 | $2,981.27 |
| Mar 23 | $596.26 | | | | $2,294.00 | $1,331.65 | $1,283.53 |
| Apr 23 | $596.26 | | $1,100.85 | | | $827.06 | $778.94 |
| May 23 | $596.26 | | | | | $1,423.32 | $1,375.20 |
| Jun 23 | $596.26 | | | | | $2,019.58 | $1,971.46 |
| Jul 23 | $596.26 | | | | | $2,615.84 | $2,567.72 |
| Aug 23 | $596.26 | | | | | $3,212.10 | $3,163.98 |
| Sep 23 | $596.26 | | $3,760.24 | | | $48.12 | $0.00 |
| Oct 23 | $596.26 | | | | | $644.38 | $596.26 |
| Nov 23 | $596.26 | | | | | $1,240.64 | $1,192.52 |
| Dec 23 | $596.26 | | | | | $1,836.90 | $1,788.78 |
| Jan 24 | $596.26 | | | | | $2,433.16 | $2,385.04 |

**NOTE:** If this escrow analysis indicates that there is a surplus, it may not mean that you are entitled to receive a return of that surplus. This analysis was calculated based on an assumption that the account is current according to the terms of the note and Mortgage/Deed of Trust. If the account is behind, in default, or in bankruptcy, this analysis may not reflect the current state of the account or the terms of a bankruptcy plan. If there are enough funds in the escrow account the surplus will be mailed to you within 30 days, provided the account is current under the terms of the note and Mortgage/Deed of Trust.





November 17, 2022        Loan Number: ▊▊▊▊

## What escrow activity occurred since your last analysis?

The chart below reflects what actually happened in your escrow account since your last analysis.

Between 05/2022 and 11/2022 a total of $4,194.89 was deposited to your escrow account and a total of $4,958.76 was disbursed from your escrow account as follows. Totals for each disbursements are noted below.

SCHOOL TAX: $3,760.24
ESC REFUND: $1,198.52

| Month of Activity | PAYMENTS TO ESCROW ACCOUNT | | PAYMENTS FROM ESCROW ACCOUNT | | | ESCROW BALANCE COMPARISON | |
|---|---|---|---|---|---|---|---|
| | Estimated | Actual | Estimated | Actual | Description | Estimated | Actual |
| | | | | | **Starting Balance** | **$799.94** | **$1,998.46** |
| May 22 | $599.27 | $599.27 | | $1,198.52 | ESC REFUND | $1,399.21 | $1,399.21 |
| Jun 22 | $599.27 | $599.27 | | | | $1,998.48 | $1,998.48 |
| Jul 22 | $599.27 | $599.27 | | | | $2,597.75 | $2,597.75 |
| Aug 22 | $599.27 | $599.27 | | | | $3,197.02 | $3,197.02 |
| Sep 22 | $599.27 | $599.27 | $3,796.29 | $3,760.24 | SCHOOL TAX | $0.00 | $36.05 |
| Oct 22 | $599.27 | $599.27 | | | | $599.27 | $635.32 |
| Nov 22 | $599.27 | $599.27 | | | E | $1,198.54 | $1,234.59 |

**E**—Indicates the activity has not yet occurred but is estimated to occur as shown.

*If there is an amount listed in the "Actual" column under Payments To Escrow Account on Page 2 above, then this is the assumption that was made and indicates the amount that would have been paid into escrow for a contractually current loan. This number does not represent payments that were actually made by you. As discussed above, these escrow calculations are calculated based on an assumption that the account would be current according to the terms of the note and mortgage/deed of trust.

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 5:22-bk-00808-MJC |
| Leonard Bobcomb | : Chapter 13 |
|     Debtor | : |
| | : |
| | : |
| Rushmore Loan Management Services LLC | : |
| | : |
| | : |
| | : |
| | : |
|     Movant | : |
| | : |
| vs. | : |
| | : |
| Leonard Bobcomb | : |
| | : |
|     Debtor/Respondent | : |
| | : |
| and | : |
| | : |
| Jack N. Zaharopoulos, Esquire | : |
|     Trustee/Respondent | : |

## CERTIFICATE OF SERVICE

I, Sarah K. McCaffery, Esquire, hereby certify that on 12/06/2022, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and/or via filing with the US Bankruptcy Court's CM ECF system.

Timothy B. Fisher, II, Esquire  
Via Electronic Filing  
*Attorney for Debtor*

Leonard Bobcomb  
2474 Long Pond Road  
Long Pond, PA 18334  
Via First Class Mail  
*Debtor*

Jack N. Zaharopoulos, Esquire  
Via Electronic Filing  
*Trustee*

                                                                 //s /Sarah K. McCaffery, Esquire  
Sarah K. McCaffery, Esquire  
Hladik, Onorato & Federman, LLP  
298 Wissahickon Avenue  
North Wales, PA 19454  
Phone 215-855-9521  
Email: smccaffery@hoflawgroup.com